# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## JUDGE PHILIP A. BRIMMER

## COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks<br>Court Reporter: Janet Coppock<br>Probation Officer: Katrina Devine and Gary Phillips | Date: August 12, 2011<br>Time: one hour and 44 minutes<br>Interpreter: n/a |

**CASE NO. 10-CR-00326-PAB-26**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton<br>MJ Menendez<br>Special Agent Shane Messner |
| Plaintiff, | |
| vs. | |
| **26. ONNA MARIE TREVINO,** | Elizabeth Castle |
| Defendant. | |

## SENTENCING

**10:06 a.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
10-CR-00326-PAB-26
August 12, 2011

Argument by Ms. Castle in support of defendant's objections to the presentence investigation report.

Argument by Ms. Menendez.

Court states its findings.

**ORDERED:** Defendant's objections to the presentence investigation report are **OVERRULED.**

Argument by Ms. Menendez in support of **Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1, filed 7/29/11.**

Argument by Ms. Castle.

Court states its findings.

**ORDERED:** Government's Motion for Downward Departure Pursuant to U.S.S.G. § 5K1.1, filed 7/29/11, is **GRANTED.**

Argument by Ms. Castle in support of defendant's Motion for Downward Departure (Doc #1690), filed 8/5/11 and comments addressing sentencing.

Argument by Ms. Menendez and comments addressing sentencing.

Defendant addresses the Court.

Court states its findings and conclusions.

**ORDERED:** Defendant's Motion for Downward Departure (Doc #1690), filed 8/5/11, is **DENIED.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered her plea on **April 22, 2011** to **the Information.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

Page Three
10-CR-00326-PAB-26
August 12, 2011

**ORDERED:**   Defendant shall be **imprisoned** for **12** months.

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **one** year.

**ORDERED:**   **Conditions** of Supervised Release that:
- (**X**)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall not possess a firearm or destructive device.
- (**X**)   Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- ()   Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:**   **Special Condition** of Supervised Release that:
- (**X**)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**)   Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Costs of imprisonment and supervised release are WAIVED.

Page Four
10-CR-00326-PAB-26
August 12, 2011

**ORDERED:** Defendant may surrender voluntarily as follows: Report to the **United States Marshal's Service** on or before **3:00 p.m. on August 19, 2011.**

**ORDERED:** Government's Motion to Dismiss Counts One, One Hundred-Seven, and One Hundred-Eight of the First Superseding Indictment (Doc #1676), filed 7/29/11, is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond is continued.

**11:42 a.m.** **COURT IN RECESS**

**Total in court time:** **104 minutes**

**Hearing concluded**